**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Norris Training Systems, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Norris Conference Center
   Norris Training Systems, Inc.
   Red Oak Ballroom
   The ARK by Norris

3. **Debtor's federal Employer Identification Number (EIN)**

   74 - 2582711

4. **Debtor's address**

   **Principal place of business**

   13810 Champions Forest, Suite 144
   Number   Street

   Houston    TX    77069
   City    State   ZIP Code

   Harris
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   2525 West Anderson Lane, Suite 365
   Number   Street

   Austin    TX    78757
   City    State   ZIP Code

5. **Debtor's website (URL)**    https://norriscenters.com/

Debtor    Norris Training Systems, LLC        Case number (*if known*) _____
       *Name*

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

     _5_ _3_ _2_ _3_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
          District _____ When _____ Case number _____
                                        MM / DD / YYYY

Debtor __Norris Training Systems, LLC_____ Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor __See Rider 1_____ Relationship _____
     District _____ When _____
                                              MM / DD / YYYY
     Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                                   Number      Street
                                  _____
                                  _____ _____
                                  City                            State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor **Norris Training Systems, LLC**
Name

Case number (if known)_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** (on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** (on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/10/2024
MM / DD / YYYY

✗ /s/ David Norris
Signature of authorized representative of debtor

David Norris
Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Jennifer F. Wertz
Signature of attorney for debtor

Date  07/10/2024
MM / DD / YYYY

Jennifer F. Wertz
Printed name

Jackson Walker LLP
Firm name

100 Congress Avenue, Suite 1100
Number     Street

Austin                                      TX              78701
City                                        State           ZIP Code

(512) 236-2247                              jwertz@jw.com
Contact phone                               Email address

24072822                                    TX
Bar number                                  State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Western District of Texas** (State) | |
| Case number *(if known)*: _____ Chapter **11** | ☐ Check if this is an amended filing |

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Western District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Norris Training Systems, LLC.

- Surge Norris Holdings LLC
- Catering by Norris, LLC
- Norris Management, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORRIS TRAINING SYSTEMS, LLC, | ) Case No. 24-____ |
| Debtor. | ) |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Norris Training Systems, LLC | Surge Norris Holdings LLC | 1919 McKinney Avenue, Suite 2001 Dallas, Texas 75201 | 70% |
| Norris Training Systems, LLC | LHN Holdings, Inc. | 15603 Lake Iris Dr. Houston, TX 77070 | 29% |
| Norris Training Systems, LLC | Linda Norris | 15603 Lake Iris Dr. Houston, TX 77070 | 0.5% |
| Norris Training Systems, LLC | David Norris | 15603 Lake Iris Dr. Houston, TX 77070 | 0.5% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORRIS TRAINING SYSTEMS, LLC, | ) Case No. 24-____ |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Member | Percentage of Interest Held |
|---|---|
| Surge Norris Holdings LLC | 70% |
| LHN Holdings, Inc. | 29% |
| Linda Norris | 0.5% |
| David Norris | 0.5% |

# CERTIFICATE OF CORPORATE RESOLUTION
## OF NORRIS TRAINING SYSTEMS, LLC.

Norris Training Systems, LLC ("the Company"), takes the following actions and adopts the following resolutions without a meeting, by the consent of the undersigned managers (the "Managers"), as authorized by the Amended and Restated Limited Liability Company Agreement of the Company, dated January 3, 2020 (the "Agreement").

The Managers have adopted the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

    **RESOLVED** that the filing of a Chapter 11 Petition on behalf of the Company is hereby authorized and directed, and it is further directed that the officers of the Company be, and each of them hereby is, authorized to execute any and all documents necessary to effect the filing of said Chapter 11 proceeding;

    **RESOLVED** that in connection with the Board of Managers exercise of its authority in commencing such a Chapter 11 case under the Bankruptcy Code, they are, and each of them hereby is authorized and directed to: (a) execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; (b) appear in all bankruptcy proceedings on behalf of the Company, and otherwise do and perform all acts and deeds, and execute and deliver all necessary documents on behalf of the Company in connection with such a Chapter 11 bankruptcy case; (c) employ the firm of Jackson Walker L.L.P., 100 Congress Avenue, Suite 1100, Austin, Texas 78701, to prepare and file a Petition pursuant to Chapter 11 of the Bankruptcy Code, to represent the Company as counsel in such bankruptcy case and in related matters pertaining to the Company's actions as the Debtor in Possession therein, and in connection therewith, to remit to Jackson Walker L.L.P. a retainer in the amounts specified pursuant to the terms of that certain letter agreement defining the scope of Jackson Walker L.L.P.'s engagement into which the Company and Jackson Walker L.L.P. have previously entered; and (d) to take all such other steps as are reasonably necessary, in light of attendant circumstances, to accomplish the expeditious commencement of such a Chapter 11 case;

    **RESOLVED** that the execution by the Chairman of any document authorized by these resolutions, or any document executed in the accomplishment of any action or actions so authorized, shall become upon delivery the enforceable and binding act and obligation of the Company, without the necessity of the signature or attestation of any other Director or the affixing of the corporate seal;

    **RESOLVED** that all acts, transactions or agreements undertaken prior to the adoption of these resolutions by any of the Managers or representatives of the Company in its name and on its behalf, in connection with the foregoing matters, are ratified, confirmed and adopted by the Company; and

      **RESOLVED** that the duly appointed and qualified Managers are hereby authorized and directed to certify to, *inter alia,* the United States Bankruptcy Court and any of the matters set forth in these resolutions.

**DATED** this <u>10</u>th day of July, 2024.

                **Managers**

                **By:** _____
                        Thomas Beauchamp

                **By:** _____
                        Lewis Sharp

                **By:** _____
                        David Norris

**RESOLVED** that the duly appointed and qualified Managers are hereby authorized and directed to certify to, *inter alia,* the United States Bankruptcy Court and any of the matters set forth in these resolutions.

**Managers**

Date:_____ By:_____
                                                          Thomas Beauchamp

Date: 7/10/2024 | 5:30 PM PDT By: *Lewis Sharp* (DocuSigned)
                                                          Lewis Sharp

Date: 7/10/2024 | 5:04 PM MST By: *David Norris* (DocuSigned)
                                                          David Norris

**Fill in this information to identify the case and this filing:**

Debtor Name __Norris Training Systems, LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __List of Equity Security Holders and Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/10/2024__    ✗ __/s/ David Norris_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

__Dave Norris_____
Printed name

__President_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**